JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARMEN JOHN PERRI, an individual,

    Plaintiff,

v.

ADLY Y. ABDELMALAK, individually and as trustee of the ADLY Y. ABDELMALAK TRUST DATED JANUARY 27, 1999; and DOES 1-10, inclusive,

    Defendants.

Case No.: 2:20-CV-08811-AB (AGRx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 21, 2021  _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.